In the Matter of the Compulsory Accounting of JOSEPH BLUMBERG, as One of the Executors and Trustees under the Will of DAVID BLUMBERG, Deceased, Respondent. KATIE BLUMBERG et al., Appellants.— In a proceeding to compel an alleged fiduciary to account, order of the Surrogate's Court, Kings County, denying motion for a further examination of respondent before trial reversed on the facts, with $10 costs and disbursements, and the motion granted, with $10 costs. An inquiry with respect to the profits made by the alleged fiduciary is proper in that it is material to determine, in conjunction with alleged inadequacy of rent paid by the alleged fiduciary, the amount thereof obtained from the unique property which is involved. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

■

In the Matter of the Probate of the Will of MARY H. CASSIDY, Deceased. FRANK SAUNDERS, Appellant; THOMAS A. HANNAN, Respondent.— Appeal from a decree of the Surrogate's Court of Dutchess County, denying probate of a purported will, on the verdict of a jury, and from an order denying proponent's motion to set aside the verdict and for a new trial. Decree and order reversed on the law and the facts, with costs to both parties, payable out of the estate, and a new trial ordered. In our opinion the charge of the court did not adequately present to the jury the facts or the law bearing on the question of testamentary capacity and the court should have charged the substance of proponent's requests. On the record presented, a verdict should have been directed in proponent's favor on all other issues. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

In the Matter of the Arbitration between HARRY F. GOLDMAN, Respondent, and SAM FLASH, Appellant.— Appeal from an order which grants petitioner a stay of all proceedings in an action instituted by appellant against petitioner and another until arbitration shall have been had in accordance with the terms of a contract entered into between petitioner and appellant. (See *Flash* v. *Goldman, ante,* p. 829.) Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

■

FAY LINHARES et al., Respondents, v. MARIE SCHIMMELPFENNIG, Appellant.— In an action by plaintiff wife to recover damages for personal injuries and by her husband for expenses, loss of services and consortium, defendant appeals from a judgment in favor of plaintiffs and from an order denying her motions to dismiss the complaint, for a direction of a verdict, and to set aside the verdict. Judgment and order unanimously affirmed, with costs. Plaintiff wife's injuries were sustained when the ceiling in a bedroom in an apartment in the defendant's house in Bay Shore, Long Island, fell upon her. There was ample evidence to support the implied finding of the jury that the cause of the accident was that the portion of the roof of the building directly over the room in question was defective. Although the plaintiffs admitted that the condition of the roof and the ceiling was known to them at the time of the letting, the further proof was that the letting was upon the basis of a repaired state of the roof and ceiling and that the defendant thereafter repeatedly promised to repair the conditions. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.